IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH COPELAND** | : | CIVIL ACTION NO. 1:CV-11-9 |
| | : | |
| Petitioner | : | **(CHIEF JUDGE KANE)** |
| | : | (Magistrate Judge Smyser) |
| v. | : | |
| | : | |
| **MARY SABOL, WARDEN** | : | |
| | : | |
| Respondent | : | |

## O R D E R

Before the Court in the captioned action is a March 4, 2011 report of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Smyser.

2) The Petition for Writ of Habeas Corpus is **DISMISSED** as **MOOT**.

3) The Clerk of Court shall close the file.

        s/ Yvette Kane
        YVETTE KANE, Chief Judge
        United States District Court
        Middle District of Pennsylvania

Dated: March 22, 2011